UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 16-51469

RANDY DUANE STEPHENSON,                                   Chapter 13

        Debtor.                                         Judge Thomas J. Tucker
_____/

**ORDER DENYING FEE APPLICATION, WITHOUT PREJUDICE,
AS PREMATURE**

This case is before the Court on the fee application filed by the attorneys for the Debtor on April 18, 2018, in a document entitled "Application for Award and Approval of Payment of Pre-Confirmation Attorney Fees as an Administrative Expense Through Chapter 13 Plan Pursuant to L.B.R. 9014-1 (E.D.M.) and L.B.R. 2016-1 from July 26, 2016 Through April 18, 2018" (Docket # 103).

The Court will deny the fee application, without prejudice as stated below, as premature. It is premature because no Chapter 13 plan has been confirmed yet. The case is currently scheduled for an adjourned confirmation hearing to be held on July 12, 2018.[1] The fee application does not demonstrate good cause for the Court to allow fees for the Debtor's counsel at this time, when no Chapter 13 plan has been confirmed yet. *See generally* 11 U.S.C. § 1326(a)(2). Even if the Court granted a fee application for the Debtor's counsel now, the Chapter 13 Trustee could not disburse any money to the Debtor's counsel from funds on hand in payment of such fees at this time, under § 1326(a)(2).

Accordingly,

---

[1] *See* the adjournment order filed April 6, 2018 (Docket # 102). The fee application states, however, in paragraph 5.c, that this Chapter 13 case "will be converted." But it does not state when the case will be converted.

IT IS ORDERED that the fee application (Docket # 103) is denied.

IT IS FURTHER ORDERED that this Order is without prejudice to the right of the Debtor's counsel to file a new fee application, after one of the following events has occurred in this case: (1) a plan has been confirmed; (2) the case has been converted to Chapter 7; or (3) the case has been dismissed.

**Signed on May 3, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**